# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR No. 21-20107-TLP |
| | ) |
| MOUMEN MAWLAWI, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION IN LIMINE

The United States files this motion in the above-captioned case scheduled for trial on Monday, February 28, 2022, requesting the following at trial.

1. That the defendant be prohibited from mentioning any witnesses' prior criminal history or any other allegations of criminal conduct that would be inadmissible under Rule 609 of the Federal Rules of Evidence.

2. That the defendant be prohibited from commenting on the possible sentence the Court may impose on the defendant if the jury finds the defendant guilty.

    Respectfully Submitted,

    JOSEPH C. MURPHY, JR.
    UNITED STATES ATTORNEY

By: /s/ Karen Hartridge
    Karen Hartridge
    Assistant United States Attorney
    167 N. Main, Suite 800
    Memphis, TN 38103

2

## CERTIFICATE OF SERVICE

I, Karen Hartridge, Assistant United States Attorney, do hereby certify that a copy of the foregoing motion has been sent electronically to the defendant, through his counsel Serena Gray.

Respectfully submitted this the 22nd day of February, 2022.

/s/ Karen Hartridge
Karen Hartridge
Assistant United States Attorney